**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW SHENKOSKY,

Defendant.

Case No. 25-cr-8 (JNE/JFD)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 23, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on January 6, 2026, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Final Order of Forfeiture (ECF No. 69) is **GRANTED**; and

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

a. 1 Alienware laptop, bearing serial number C97XM53, seized from the defendant's residence on February 11, 2025;

b. 1 Google Pixel Fold cellular phone, bearing serial number 38081FDHS000V5, seized from the defendant's residence on February 11, 2025;

c. 1 portable hard drive seized from the defendant's residence on February 11, 2025;

d. 1 external hard drive seized from the defendant's residence on February 11, 2025;

e. 2 SD Cards seized from the defendant's residence on February 11, 2025;

f. 1 Memory Card seized from the defendant's residence on February 11, 2025;

g. 1 Portable Storage Device seized from the defendant's residence on February 11, 2025; and

h. 4 External Hard Drives/Cards seized from the defendant's residence on February 11, 2025; and

3. the United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge